IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| DESHAUN HOLMES | Violations:  18 U.S.C. §§ 924(c)(1)(A)(ii); 924(d); 1704, 1708; 2114(a); and 28 U.S.C. § 2461(c) |

COUNT ONE

**Robbery of Mail and Property of the United States**

The Grand Jury Charges:

On or about July 17, 2023, in the District of North Dakota,

DESHAUN HOLMES

did assault a mail carrier having lawful charge, custody, and control of United States mail and other property of the United States, with intent to rob, steal, and purloin said mail and other property of the United States, and in doing so DESHAUN HOLMES put the life of the mail carrier in jeopardy by the use of a dangerous weapon, that is, a pistol;

In violation of Title 18, United States Code, Section 2114(a).

COUNT TWO

**Brandishing a Firearm During and in Relation to a Crime of Violence**

The Grand Jury Further Charges:

On or about July 17, 2023, in the District of North Dakota,

DESHAUN HOLMES

did knowingly brandish, carry, and use a firearm, that is, a Glock 9 mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Robbery of Mail and Property of the United States, in violation of Title 18, United States Code, Section 2114;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

COUNT THREE

**Theft of a Key Adopted by the Post Office**

The Grand Jury Further Charges:

    On or about July 17, 2023, in the District of North Dakota,

DESHAUN HOLMES

did steal and purloin from a mail carrier, a person having lawful charge, custody, and control of United States mail and other property of the United States, a key suited to locks adopted by the Postal Service and in use on authorized receptacles for the deposit of mail matter;

    In violation of Title 18, United States Code, Section 1704.

## COUNT FOUR

**Theft of Mail**

The Grand Jury Further Charges:

On or about July 17, 2023, in the District of North Dakota,

DESHAUN HOLMES

did steal and take from a mail carrier a tray of mail addressed for delivery in and around Frontier, North Dakota;

In violation of Title 18, United States Code, Section 1708.

## FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment,

## DESHAUN HOLMES

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

- One Glock 9mm pistol and ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

MDG/vt