UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DESHAUN HOLMES,<br><br>　　　　　　Defendant. | Cr. No. 3:23-cr-140<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

The Defendant, Deshaun Holmes, submits this sentencing memorandum before his sentencing hearing scheduled for August 14, 2024. He will present his sentencing recommendation at the hearing.

Dated this 7th day of August, 2024.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JASON J. TUPMAN
　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　 /s/   *Rhiannon Gorham*
　　　　　　　　　　　　　　　　Rhiannon Gorham
　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　Districts of South Dakota and North Dakota
　　　　　　　　　　　　　　　　112 Roberts Street North, Suite 200
　　　　　　　　　　　　　　　　Fargo, ND 58102
　　　　　　　　　　　　　　　　Telephone: 701-239-5111
　　　　　　　　　　　　　　　　Facsimile:  701-239-5098
　　　　　　　　　　　　　　　　filinguser_SDND@fd.org