IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DESHAUN HOLMES,<br><br>    Defendant. | Case No. 3:23-cr-140-PDW<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, hereby respectfully submits the following Sentencing Memorandum. The United States has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  August 12, 2024

                                              MAC SCHNEIDER
                                              United States Attorney

                     By:   /s/ *Matthew D. Greenley*
                             MATTHEW D. GREENLEY
                             Assistant United States Attorney
                             MN Bar ID 034252X
                             655 First Avenue North, Suite 250
                             Fargo, ND  58102-4932
                             (701) 297-7400
                             matthew.greenley@usdoj.gov
                             Attorney for United States